**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SANAD AHMED, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | No. 2:24-cv-02948-SHL-tmp |
| STATE, ANTHONY J. BLINKEN, | ) | |
| SECRETARY OF STATE, and U.S. | ) | |
| EMBASSY AT DJIBOUTI, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND**
**DISMISSING COMPLAINT WITHOUT PREJUDICE**

Before the Court is Chief Magistrate Judge Tu M. Pham's Report and Recommendation ("R&R"), filed August 6, 2025. (ECF No. 10.) In the R&R, Judge Pham recommends that the Court dismiss Plaintiff Sanad Ahmed's pro se complaint, based on Ahmed's failure to file proof of service for any Defendant, as well as his failure to respond to the show cause order that required him to show cause why the court should not dismiss his complaint without prejudice for failure to timely serve defendants under Federal Rule of Civil Procedure 4(m) (see ECF No. 9).

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiffs' deadline to object to the R&R was August 20, 2025, and no objections have been filed. The Court has therefore reviewed the R&R in its entirety for clear error and finds none. The R&R properly explains that Ahmed not only failed to comply with the Order to Show Cause, but that he also failed to address the underlying issue that prompted that order, that is, his failure to serve any Defendant by the deadline under Federal Rule of Civil Procedure 4(m).

Therefore, the Court **ADOPTS** the Chief Magistrate Judge's Report and **DISMISSES** the Complaint **WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 8th day of September, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE