**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SANAD AHMED, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:24-cv-02948-SHL-tmp |
| UNITED STATES DEPARTMENT OF | ) | |
| STATE, ANTHONY J. BLINKEN, | ) | |
| SECRETARY OF STATE, and U.S. | ) | |
| EMBASSY AT DJIBOUTI, | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiffs' pro se Complaint (ECF No. 2), filed December 4, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Adopting Report and Recommendation and Dismissing Complaint Without Prejudice (ECF No. 11), filed September 8, 2025, all claims by Plaintiff against Defendants are **DISMISSED WITHOUT PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 8, 2025
Date